CV 00-2618
RHK/RLE

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NOTICE OF ASSIGNMENT
OF CASES FOR TRIAL
BEFORE JUDGE KYLE

The following civil cases are deemed ready for trial before Judge Richard H. Kyle as of **December 1, 2001. Cases venued in the Third Division will be tried in St. Paul, Fifth Division in Duluth, and Sixth Division in Fergus Falls.** The cases are listed in the order in which they will be tried, but cases may be called randomly from the list if necessary. **UNDER THE SPEEDY TRIAL ACT, THE TRIALS OF CRIMINAL CASES MAY BE REQUIRED TO TAKE PRECEDENCE OVER THE TRIALS OF CIVIL CASES.**

Any motion for a continuance must be scheduled for a hearing before Judge Kyle.

Questions regarding the calendar may be directed to Deborah Siebrecht, Calendar Clerk for Judge Kyle, 316 North Robert Street, St. Paul, Minnesota 55101 (651) 848-1166.

DATED: May 21, 2001.

MAY 21 2001
FILED ____
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

| | | |
|---|---|---|
| 1. | Media DVX Property Services Inc.<br><br>vs CV 00-1504 RHK/JMM<br>JURY | Daniel Poretti<br>612-340-7951 |
| | Tektronix Inc.<br>etal | Kim Schmid<br>612-339-8682<br>Randolph Foster<br>503-224-3380<br>Carl Carver<br>612-339-8682 |
| 2, | Loretta M. Olson<br>fka Loretta M. Jones | Richard Wylie<br>612-337-9500<br>Renee Nash<br>916-791-8918 |
| | vs CV 00-2414 RHK/.JMM<br>JURY | |
| | Cenex Harvest States Inc. | Andrew Voss<br>612-630-1000<br>Martha Keon<br>310-772-7209<br><br>Michael Chase<br>651-225-8656 |

| | | |
|---|---|---|
| 3. | Donald F. Podgorsek | Randal LeNeave<br>612-339-4511 |
| | vs CV 00-2618 RHK/RLE<br>COURT<br>DULUTH | |
| | Burlington Northern and Santa Fe Railway Company | Rolf Sonnesyn<br>612-338-4499 |
| 4. | Winthrop Resources Corp. | Therese Marso<br>Matthew McBride<br>651-290-8400<br><br>Robert Weinstine<br>612-347-0700 |
| | vs CV 00-2644 RHK/JGL<br>JURY | |
| | Caremark International Inc. etc. | Kevin Hickey<br>612-333-3000 |
| 5. | Shopforschool Inc. | Matthew Damon<br>612-338-1838 |
| | vs CV 01-374 RHK/JMM<br>JURY | |
| | Zanybrainy.com | Thomas Atmore<br>651-227-9505 |

| | | |
|---|---|---|
| 6. | Marshall Rinkeberger | Marshall Rinkenberger<br>320-558-6640 |
| | vs CV 00-1609 RHK/RLE<br>COURT<br>FERGUS FALLS | |
| | City of Clearwater | Julie Fleming-Wolfe<br>651-767-8642 |