**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Donald F. Podgorsek,

Plaintiff,

Civ. No. 00-2618 (RHK/RLE)

v.

**ORDER**

Burlington Northern and Santa Fe Railway company, a Minnesota corporation,

Defendant.

---

On May 21, 2001, the above matter was scheduled for trial in December 2001 and the Order for submission of trial materials was filed on September 27, 2001. The undersigned intends to try this case as scheduled and the consent to the exercise of jurisdiction by a United States Magistrate Judge will not be approved.

Dated: October 18, 2001

RICHARD H. KYLE
United States District Judge

OCT 18 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK