**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

DONALD F. PODGORSEK,

Plaintiff,

vs. CV 00-2618 RHK/RLE

BURLINGTON NORTHERN AND
SANTA FE RAILWAY COMPANY,

Defendant.

**NOTICE OF JURY TRIAL**

A JURY TRIAL is scheduled for MONDAY, DECEMBER 3, 2001, at 9:00 AM, before Judge Richard H. Kyle, in Courtroom #1, Duluth, Minnesota.

October 31, 2001

RICHARD D. SLETTEN
Clerk of U.S. District Court

Deborah Siebrecht
Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel

OCT 31 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK